UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ABN AMRO MORTGAGE GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CAUSE NO. 1:04-CV-0956-SEB-VSS |
| PROMISED LAND MORTGAGE LLC; GREENHOUSE RESOURCES LLC; ROMERO BRICE; GUARANTEED LAND TITLE LLC; TITLE ONE AND REAL ESTATE EXCHANGE SERVICES COMPANY; TITLE SOLUTIONS AGENCY OF INDIANA, INC.; CORBIN TITLE SERVICES, INC.; KING'S TITLE AND ABSTRACT COMPANY; FIRST AMERICAN TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE INSURANCE COMPANY; KATHERINE A. ROBINSON AND JAMES L. SPICER d/b/a K.A.R. APPRAISAL SERVICES | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Approved.<br><br>*Sarah Evans Barker*<br>SARAH EVANS BARKER, JUDGE<br>United States District Court<br>Southern District of Indiana<br><br>Date: 05/17/2007 |
| Defendants. | ) | |

## AGREED JUDGMENT AS TO TITLE SOLUTIONS OF INDIANA, INC.

Plaintiff ABN AMRO Mortgage Group, Inc. and Defendant Title Solutions of Indiana, Inc., by their respective counsel, hereby enter into the following Agreed Judgment:

1. Judgment is hereby entered in the amount of $12,500.00 in favor of Plaintiff and against Defendant Title Solutions of Indiana, Inc.

2. The parties agree that such judgment shall be a non-dischargeable debt pursuant to bankruptcy laws.

3. The parties agree that aside from the Agreed Judgment as set forth herein, each party shall bear its own respective costs and attorney's fees in this matter.

4. The parties agree that this is a final judgment.

5. Interest at the current prime rate of 8.25% will begin to accrue on the amount of this judgment beginning on May 15, 2007 and shall continue to accrue until such judgment amount and all accrued interest is paid in full.

ABN AMRO Mortgage Group, Inc.

By: _____
Its: Vice President

Title Solutions of Indiana, Inc.

By: _____
Its: PRESIDENT

APPROVED:

_____
Dale W. Eikenberry
WOODEN & MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208

APPROVED:

_____
Gregory H. Coleman
COLEMAN LAW OFFICE
127 East Michigan Street
Indianapolis, IN 46204-1593

2